# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5057**

**September Term, 2024**

**1:25-cv-00334-BAH**

**Filed On:** March 10, 2025

Gwynne A. Wilcox,

      Appellee

      v.

Donald J. Trump, in his official capacity as
President of the United States and Marvin E.
Kaplan, in his official capacity as Chairman of
the National Labor Relations Board,

      Appellants


**BEFORE:** Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, which includes a request for an administrative stay, it is

**ORDERED** that appellee file a response to the motion by 5:00 p.m. on Tuesday, March 11, 2025. Any reply is due by 12:00 noon on Thursday, March 13, 2025.

### Per Curiam

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

       BY:   /s/
              Selena R. Gancasz
              Deputy Clerk